FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 0 9 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-0725

YAMAN F. TAYLOR,

    Plaintiff,

vs.

AMERICAN EAGLE OUTFITTERS, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Yaman F. Taylor, hereby notifies the Court that the Parties have reached an settlement in this action. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff expects that, within thirty (30) days, he will be filing a Notice of Dismissal of this Action With Prejudice.

Dated: 3/9/2020

Respectfully submitted,

Yaman F. Taylor
7515 Garnet Drive
Jonesboro, Georgia 30236
Tayloryaman12@outlook.com
Phone: 678 558 8081
*Pro Se Plaintiff*

52251760;2