

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-0725

YAMAN F. TAYLOR,

    Plaintiff,

vs.

AMERICAN EAGLE OUTFITTERS, INC.,

    Defendant.
_____/

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Yaman F. Taylor, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses this action with prejudice. All claims of the Plaintiff, Yaman F. Taylor, asserted in this action, are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: 3/23/2020

Respectfully submitted,

_____
Yaman F. Taylor
7515 Garnet Drive
Jonesboro, Georgia 30236
Tayloryaman12@outlook.com
Phone: 678 558 8081
*Pro Se Plaintiff*

52251717;1



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

This envelope is made from post-consumer waste. Please recycle - again.

UNITED STATES

P

U.S. POSTAGE
$7.75
PM 1-DAY
30281 0006
Date of sale
03/23/20
06 2S SSK
11486118
047600323123048

PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY DAY: 03/24/20

0006

C039

SHIP
TO:

75 TED TURNER DR
SW
ATLANTA GA 30303-3315

USPS TRACKING® NUMBER

9505 5066 5191 0083 1965 77

PR

- Date of
- USPS T
internati
- Limited
- Pick up
- Order s
- When u
declarat

* Domest

CLEARED
MAR 25 2020
U.S. Marshals
Atlanta, GA

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRIORITY®
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Yaman Taylor
7515 Garnet Dr
Jonesboro, GA 30236

TO: Clerk of Court
75 Ted Turner Dr. S.W.
Atlanta, GA
30303

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

* Domestic only. × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.