

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Case No. 1:20-cv-0725

YAMAN F. TAYLOR,

    Plaintiff,

vs.

AMERICAN EAGLE OUTFITTERS, INC.,

    Defendant.

_____/

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Entered as dismissed pursuant to Rule 41(a)(1)(i)(i), F.R.C.P.
JAMES N. HATTEN, Clerk
By:    s/Brittany Poley
        Deputy Clerk
Date:  3/26/2020

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Yaman F. Taylor, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses this action with prejudice. All claims of the Plaintiff, Yaman F. Taylor, asserted in this action, are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: 3/23/2020

Respectfully submitted,

_____
Yaman F. Taylor
7515 Garnet Drive
Jonesboro, Georgia 30236
Tayloryaman12@outlook.com
Phone: 678 558 8081
*Pro Se Plaintiff*



**PRIORITY MAIL 1-DAY®**

EXPECTED DELIVERY DAY: 03/24/20     0006

SHIP TO:
75 TED TURNER DR
SW
ATLANTA GA 30303-3315

C039

USPS TRACKING® NUMBER

9505 5066 5191 0083 1965 77

U.S. POSTAGE $7.75
PM 1-DAY
30281 0006
Date of sale 03/23/20
06  2S  SSK
11486118

CLEARED
MAR 25 2020
U.S. Marshals
Atlanta, GA

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Yaman Taylor
7515 Garnet Dr
Jonesboro, GA 30236

TO: Clerk of Court
75 Ted Turner Dr. S.W.
Atlanta, GA
30303

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE